## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY MARYLAND

Darline D.H. Bell-Zuccarelli
*307 Woodland Road*
*Gaithersburg, MD 20877*

v.                                                           Case Number: **388101-V**

| | | |
|---|---|---|
| City of Gaithersburg<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | Michael S. Sesma<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | **PJM 14 CV 1306** |
| Sidney Katz<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | Ryan Spiegel<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | |
| Judd Ashman<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | Wes Burdette<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | |
| Cathy C. Drzyzgula<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | Greg Fulmer<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | |
| Henry F. Marraffa, Jr.<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | John Schlichting<br>*City of Gaithersburg*<br>*31 South Summit Avenue*<br>*Gaithersburg, MD 20877* | |

\* \* \* \* \* \* \* \* \* \* \* \*\* \* \*

### COMPLAINT

Darline D. H. Bell-Zuccarelli, Plaintiff files this Complaint against the City of Gaithersburg and Sidney Katz, Judd Ashman, Cathy Drzyzgula, Henry F. Marraffa, Michael S. Sesma, Ryan Spiegel, Wes Burdette, John Schlichting, and Greg Fulmer for her reasons state:

1. Plaintiff, Darline D. H. Bell-Zuccarelli is a resident of Montgomery County and currently resides at 307 Woodland Road, Gaithersburg, MD 20877.

2. City of Gaithersburg, defendant is a government agency organized under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

3. Sidney Katz, Mayor, defendant is a government official operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

4. Judd Ashman, Council Member, defendant is a government official operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

EXHIBIT A

5. Cathy C. Drzyzgula, Council Member, defendant is a government official operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

6. Henry F. Marraffa, Jr, Council Member, defendant is a government official operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

7. Michael S. Sesma, Council Member, defendant is a government official operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

8. Ryan Spiegel, Council Member, defendant is a government official operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

9. Wes Burdette, Permit & Inspection Division Chief, defendant is an agent of the City of Gaithersburg operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

10. Greg Fulmer, Building Inspector, defendant is an agent of the City of Gaithersburg operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

11. John Schlichting, Director of Planning & Code Administration, defendant is an agent of the City of Gaithersburg operating under the laws of the State of Maryland with its principal place of business located at 31 South Summit Avenue, Gaithersburg, MD 20877.

12. On January 16, 2014, Defendant, City of Gaithersburg condemned a 192 square foot accessory structure located on the property of plaintiff Darline D. H. Bell-Zuccarelli without inspection thereby violating my civil right under the 14th Amendment to the Constitution as it relates to due process of law.

13. The plaintiff had met the permit and inspection requirements on September 27, 2012.

14. The condemnation was viewed as a malicious attempt by the City of Gaithersburg to have plaintiff tear down the shed.

15. Defendant has threatened the defendant with a $500.00 fine and 90 days in jail if the corrects are not made.

16. Plaintiff has refused to make the corrections stating that the shed was approved on September 27, 2012.

WHEREFORE, Plaintiff seeks damages in the amount of more than $75,000.00, plus pre- and post-judgment interest, costs, and for the City of Gaithersburg to cease and desist issuing permits of any kind until this matter has been resolved.

Darline D. H. Bell-Zuccarelli, Plaintiff